UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CONTINENTAL CASUALTY COMPANY,

        Plaintiff,

        Case No. 11 CIV 3979 (CS)

    v.

MARSHALL GRANGER & COMPANY, LLP, **PLAINTIFF CONTINENTAL**
and LAURENCE M. BROWN, **CASUALTY COMPANY'S**
**NOTICE OF MOTION FOR**
**SANCTIONS**

        Defendants,

    and

JOSEPH J. BOUGHTON, JR. and
NORTHSTAR INVESTMENT GROUP, LTD.

        Defendants-Intervenors.

-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law In Support of Its Motion for Sanctions and all exhibits thereto, Plaintiff Continental Casualty Company ("Continental") shall move this Court, before the Honorable Cathy Seibel, United States District Judge, at the Honorable Charles L. Brieant, Jr., Federal Building and Courthouse, 300 Quarropas Street, White Plains, NY 10601-4150, on a date and at a time to be designated by the Court, for an order imposing sanctions on Defendants-Intervenors Joseph J. Boughton, Jr., and Northstar Investment Group, Ltd., as well as their counsel, John Schryber of Reed Smith LLP and Jeremy King of Olshan Frome Wolosky LLP, and Mr. Schryber's and Mr. King's respective law firms. Continental seeks sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, and the Court's inherent authority.

Respectfully submitted,

Richard A. Simpson
(rsimpson@wileyrein.com)
*Admitted Pro Hac Vice*
Kimberly A. Ashmore
(kashmore@wileyrein.com)
*Admitted Pro Hac Vice*
Ashley E. Eiler
(aeiler@wileyrein.com)
*Admitted Pro Hac Vice*
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC  20006
(202) 719-7000

.

DATED:   July 18, 2016          By: /s/ Richard A. Simpson
         Washington, D.C.       *Attorneys for Plaintiff*
                                *Continental Casualty Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of July, 2016, a true and correct copy of the foregoing document was served *via* electronic and first-class U.S. mail, postage prepaid, upon the following:

>Patrick J. Bliss, Esq.
>399 Knollwood Road
>Suite 204
>White Plains, NY  10603
>(pjbesq@aol.com)
>
>*Attorney for Defendant Marshall Granger & Co., LLP*
>
>John W. Schryber, Esq.
>Andrew Weiner, Esq.
>Kristin Cooke Davis, Esq.
>REED SMITH LLP
>1301 K Street, N.W.
>Suite 1100 - East Tower
>Washington, D.C.  20005
>Phone: 202- 414 9277
>Facsimile:  202 414 9299
>(JSchryber@ReedSmith.com)
>(AWeiner@ReedSmith.com)
>(KDavis@ReedSmith.com)
>
>Jeremy M. King, Esq.
>Ellen Holloman, Esq.
>OLSHAN FROME WOLOSKY LLP
>Park Avenue Tower
>65 East 55th Street
>New York, NY  10022
>(JKing@olshanlaw.com)
>(EHolloman@olshanlaw.com)
>
>*Attorneys for Defendants-Intervenors Joseph J. Boughton, Jr.*
>*and Northstar Investment Group, Ltd.*

/s/ Richard A. Simpson
Richard A. Simpson